UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Case No: 1:23-CR-00306-RC |
| ) | |
| TONEY SHELDON BRAY, AND   ) | |
| ETHAN AARON BRAY,         ) | |
| ) | |
| **Defendants**           ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COME NOW, the Defendant, ETHAN AARON BRAY, by and through counsel and moves this Honorable Court to continue the Sentencing Hearing scheduled for February 7, 2025, due to counsel's scheduling conflict:

1. That on October 3, 2024, this Court set the sentencing hearing of Toney Sheldon Bray and Ethan Aaron Bray for February 7, 2025. That following said setting, the undersigned counsel for Ethan Bray has set a federal jury trial anticipated to last one month beginning February 3, 2025, in the United States District Court - S.D. Miss in Cause No: 3:23-cr-118-HTW-ASH [**Doc.401**]. That due to the undersigned's trial schedule a continuance of the Sentencing Hearing in this matter is necessary.

2. That counsel for Ethan Bray has conferred with Assistant United States Attorney, Sarah Martin on November 25, 2024, and Ms. Martin indicates that the United States has no objection to a continuance of both Ethan Bray and Toney's Bray's sentencing hearing. That the parties have discussed continuing the Sentencing hearing in this matter until the weeks of either March 10th, March 17th, or March 24th in 2025.

3. That Ethan Bray does not seek the continuance to delay justice, but rather due to his counsel's trial schedule and/or scheduling conflict on February 7, 2025.

**WHEREFORE PREMISES CONSIDERED**, the Defendant, ETHAN AARON BRAY, respectfully requests that the Court continue the Sentencing Hearing currently set for February 7, 2025, to a date during the weeks of March 10th, March 17th, or March 24th in 2025.

**RESPECTFULLY SUBMITTED** this the 25th day of November, 2024.

               **ETHAN AARON BRAY, Defendant**

       By: */s/ Paul Chiniche*
          Paul Chiniche (MSB#101582/MS0012)
          Chiniche Law Firm, PLLC.
          Post Office Box 1202
          Oxford, MS 38655
          Telephone: 662.234.4319
          Email: pc@chinichelawfirm.com

## **CERTIFICATE OF SERVICE**

I, Paul Chiniche, counsel for Defendant Ethan Aaron Bray hereby certify that I have as of this date, filed the above and foregoing using the Court's Electronic Filing System (ECF) which sent a true and correct copy to counsel of record on the following person(s):

Sarah C. Martin, AUSA
United States Attorney's Office
601 D. Street, N.W.
Washington, DC 20579
Email: sarah.martin@usdoj.gov

Jack E. Burkhead, AUSA
United States Attorney's Office
555 Fourth Street, N.W.
Washington, DC 20530
Email: Jack.E.Burkhead@usdoj.gov

M. Scott Davis (MSB#103225)
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, MS 38655
Email: scott_davis@fd.org

SO CERTIFIED this the 25th day of November, 2024.

By:     */s/ Paul Chiniche*
        Paul Chiniche (MSB#101582/MS0012)